177 A.3d 126

JOSE CONTRERAS MORALES, BY AND THROUGH HIS GUARDIAN AD LITEM, LILIANA MORALES FERNANDEZ, PLAINTIFF–PETITIONER, v. SUSSEX COUNTY COMMUNITY COLLEGE AND SOPHIE DUTKOWSKI, DEFENDANTS–RESPONDENTS, AND CARROLL SERVICES, INC., DEFENDANT, AND FIDEL RODRIGUEZ AND CAMPBELL'S SMALL ENGINE SALES AND SERVICE, INC., DEFENDANTS.

C–433 September Term 2017

080107

December 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000305–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.